UNITED STATES of America,
Plaintiff–Appellee,

v.

Joel RODRIGUEZ, Defendant–
Appellant.

No. 07–50551.

United States Court of Appeals,
Ninth Circuit.

Submitted June 16, 2009.*

Filed July 20, 2009.

Michael J. Raphael, Esq., Ray Aghaian, Esq., USLA–Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Carlos L. Juarez, Esq., San Bernardino, CA, for Defendant–Appellant.

Before: PAEZ, TALLMAN and N.R. SMITH, Circuit Judges.

ORDER

The memorandum disposition, filed on July 6, 2009, is withdrawn. The attached disposition is filed in its stead.

MEMORANDUM **

Joel Rodriguez appeals from the 120–month sentence imposed following his guilty-plea conviction for conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Rodriguez's counsel has filed a brief stating there are no arguable grounds for relief, along with a motion to withdraw as counsel of record. The appellant has filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**, the Government's motion to file an untimely answering brief is **DENIED** as moot, and the district court's judgment is **AFFIRMED**.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.